# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**LINDA PACE**                                                                              **PLAINTIFF**

**V.**                                                      **CIVIL ACTION NO. 4:06cv098-TSL-JCS**

**LORI BUNCH, ET AL.**                                                            **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER**, having come on for hearing this day before the Court on the *ore tenus* motion of the Parties in the above-entitled action, acting through counsel, seeking the voluntary dismissal with prejudice of all claims of Plaintiff against all Defendants, and this Court being otherwise advised in the premises, finds that said motion is well-taken and should be, and hereby is, GRANTED.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that all claims of Plaintiff against the Defendants, that were asserted or could have been asserted are hereby dismissed with prejudice, with each of said parties to bear their own costs and attorney fees.

**SO ORDERED**, this the 22nd day of August, 2006.


/S/ TOM S. LEE_____
**UNITED STATES DISTRICT COURT JUDGE**

**AGREED TO AND APPROVED BY:**
/s Charles C. Edwards_____
Charles C. Edwards, Esq.
**LAW OFFICE OF MARC BOUTWELL**
103 West China Street
Post Office Box 956
Lexington, Mississippi  39095-0956

**ATTORNEY FOR PLAINTIFF**

/s Reid S. Manley
Reid Manley, Esq.
Elizabeth B. Shirley, Esq.
**BURR & FORMAN, LLP**
3100 Southtrust Tower
420 North 20th Street
Birmingham, Alabama  35203

**ATTORNEYS FOR FIRST FAMILY FINANCIAL SERVICES, INC.
and CITIFINANCIAL MORTGAGE COMPANY**

/s Randy L. Dean
Walter D. Willson, Esq.
Randy L. Dean, Esq.
**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131

**ATTORNEYS FOR UNION
SECURITY LIFE INSURANCE
COMPANY**

#145306